**Order entered July 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00744-CV

### IN RE STACEY D. HOWARD, Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04354-2013**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DISMISS** this proceeding for want of jurisdiction.

/s/    BILL WHITEHILL
       JUSTICE